Rel: October 11, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2024-2025

SC-2024-0118

Shannon W. Farr and Sarah Farr v. Steven S. Stallings and Michelle L. Stallings (Appeal from Cullman Circuit Court: CV-16-900150).

STEWART, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Parker, C.J., and Wise, Sellers, and Cook, JJ., concur.